DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3703
    FAX: (510) 637-3724
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

**FILED**

AUG - 7 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER PAZ,<br>a/k/a Monica,<br>a/k/a Melvin K. Louie,<br>a/k/a Juan Carlos Palua,<br><br>    Defendant. | CASE NO. CR 18-00581-1 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FORENSIC REMOVAL OF DATA FROM CERTAIN DEVICES IDENTIFIED IN THE PLEA AGREEMENT** |

| | |
|---|---|
| 1 | The government and Defendant Paz, through their counsel of record, stipulate as follows: |
| 2 | 1. This stipulation concerns these electronic devices described in the plea agreement: |
| 3 |     a. One Samsung Note 8 cell phone; |
| 4 |     b. HTC cell phone; |
| 5 |     c. Microsoft laptop model 1769; and |
| 6 |     d. Windows lap top computer. |
| 7 | 2. The parties agree to meet and confer regarding these devices and the scope of third parties' |
| 8 | Personally Identifiable Information (PII) on them. |
| 9 | 3. The parties agree that following the meet and confer discussed above, the United States |
| 10 | Postal Service will conduct a forensic review to identify and remove third parties' PII from |
| 11 | these devices. |
| 12 | 4. The parties agree that following the forensic removal discussed above, these devices will be |
| 13 | returned to the Defendant. |
| 14 | 5. The parties agree that this stipulation modifies, upon the entry of the order of the Court |
| 15 | below, the terms of the plea agreement with respect to the devices described above. |
| 16 | IT IS SO STIPULATED. |

Dated: August 2, 2019

/s/
JODI LINKER
Attorney for Defendant PAZ

Dated: August 2, 2019

/s/
JONATHAN U. LEE
Assistant United States Attorney
Attorney for the United States

### (PROPOSED) ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 7, 2019

HONORABLE CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 18-00581 CRB            1