DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 18-581-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF DISMISSAL |
| | ) ORDER |
| ALEXANDER PAZ, | ) |
| a/k/a Monica, | ) |
| a/k/a Melvin K. Louie, | ) |
| a/k/a Juan Carlos Palua, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against ALEXANDER PAZ with prejudice.

DATED: July 1, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

HALLIE HOFFMAN
Chief, Criminal Division

1

Leave is granted to the government to dismiss the indictment against ALEXANDER PAZ.

Date: July 6, 2020

HON. CHARLES R. BREYER
United States District Judge